IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT E. WILSON

v.                                                                      C.A. NO. 13-1562

IRON TIGER LOGISTICS, INC.

ORDER

AND NOW, this 16th day of October, 2014, upon consideration of the defendant's motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 26] is GRANTED as to all Counts of the Complaint.

Judgment is ENTERED in favor of the defendant and against the plaintiff as to all Counts of the Complaint.

The Clerk is directed to mark this case closed for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.